UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-61854

STEVEN PAUL JONES,

      Plaintiff,

vs

CITY OF PLANTATION POLICE
DEPARTMENT, CITY OF PLANTATION,
TOM BUTT and SHAWN BURST,

      Defendants.
_____/

## NOTICE OF REMOVAL

      Defendant, TOM BUTT, by and through his undersigned counsel and pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, removes this action from the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida and states:

      1.    Plaintiff has sued Defendant, TOM BUTT, in Count IV of the Second Amended Complaint for alleged violations of his federal constitutional rights (4th Amendment claim) through 42 U.S.C. §1983.

      2.    The first pleading giving rise to a right to remove the action was Plaintiff's Second Amended Complaint deemed filed by the Circuit Court on July 31, 2013.

      3.    Pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), this Court has original jurisdiction over this action, as this action presents a "federal question" and seeks to redress the alleged deprivation of the Plaintiff's civil rights.

      4.    Pursuant to 28 U.S.C. §1441(a), 28 U.S.C. §1441(b), and 28 U.S.C. §1441(c), this

action is properly removable to this Court.

5. None of the other Defendants sued in the Second Amended Complaint have been served with process.

6. A copy of the Second Amended Complaint together with copies of the papers filed in this proceeding with the Clerk of the Court for Seventeenth Judicial Circuit in and for Broward County, Florida, are attached as Exhibit "A."

7. Venue is proper in this Court because the alleged conduct occurred within the Southern District of Florida.

8. Defendant has filed a notice of removal with the Clerk of the Court for Seventeenth Judicial Circuit in and for Broward, Florida, in accordance with 28 U.S.C. §1446(d).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, 2013, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

        JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendants**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:    (954) 463-0100
Facsimile:     (954) 463-2444

BY:  s/Christopher J. Stearns
      E. BRUCE JOHNSON
      FLA. BAR NO. 262137
      CHRISTOPHER J. STEARNS
      Florida Bar Number:  557870

**SERVICE LIST**

**RANDALL SHOCHET, ESQ.**
SHOCHET LAW GROUP, L.L.P.
**Attorney for Plaintiff**
4897 Jog Road
Greenacres, Florida 33467
Telephone:	(561) 244-5308
Facsimile:	(561) 253-2695
rshochet@shochetlaw.com

**CHRISTOPHER J. RUSH, ESQ.**
RUSH & ASSOCIATES, P.A.
**Attorney for Plaintiff**
1880 N. Congress Avenue, Suite 205
Boynton Beach, Florida 33426
Telephone:	(561) 369-3331
crush@crushlawfl.com

**E. BRUCE JOHNSON, ESQ.**
**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendants**
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:	(954) 463-0100
Facsimile:	(954) 463-2444
johnson@jambg.com
stearns@jambg.com