The JS - 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**1.(a) PLAINTIFF(S)**
STEVEN PAUL JONES

**DEFENDANTS**
TOM BUTT

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Miami-Dade

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT; Miami-Dade

**(c)** ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)
Randall Shochet, Esq.
Shochet Law Group, LLP
4897 Jog Road
Greenacres, FL 33467
Telephone: (561) 641-9810

Christopher J. Rush, Esq.
Rush & Associates, PA
1880 N. Congress Ave., Suite 205
Boynton Beach, FL 33426
Telephone: (561)369-3331

ATTORNEYS (IF KNOWN)
**E. Bruce Johnson**, Esq,
**Christopher J. Stearns, Esq.**
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, **BROWARD,** PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U S Government Plaintiff
- ☒ 3 **Federal Question** (US Government Not a Party)
- ☐ 2 U S Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 **Removed from State Court**
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened (specify)
- ☐ 5 Transferred from another district Litigation
- ☐ 6 Multidistrict Judgment
- ☐ 7 Appeal to District Judge from Magistrate

**V. NATURE OF SUIT** (PLACE AN "X' IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **Personal Injury** | **Personal Injury** | B☐ 610 Agriculture | ☐ 422 Appeal 28USC 158 | ☐ 400 State Reappointments |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Seizure of Prop. 21USC881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks, Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | B☐ 630 Liquor Laws | | B☐ 450 Comm, ICC |
| ☐ 150 Recovery of Overpayment & Enforce Judgment | Personal | ☐ 368 Asbestos Personal Injury Product Lia | B☐ 640 R R & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employees Liability | | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 RICO |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine | **Personal Property** | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/ Commodities/Exchange |
| ☐ 160 Stockholder Suit | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA 1395 | ☐ 891 Agricultural Acts |
| ☐ 195 Cont Prod Liability | ☐ 360 Other Personal Injury | ☐ 385 Prop Damage Product Liability | ☐ 720 Labor Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Econ Stab Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/ Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW/405g | ☐ 893 Environ mental Matters |
| ☐ 210 Land Condemn | ☐ 441 Voting | B ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSD Title XVI | ☐ 894 Energy Alloc Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI(405g) | ☐ 895 Freedom on Info Act |
| ☐ 230 Rent and Lease Ejectment | ☐ 443 Housing/ Accommodations | B ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Deter- mination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A ☐ 535 Death Penalty | A ☐ 791 Empl Ret Inc Security Act | A☐ 870 Taxes(US Plaintiff of Defendant | |
| ☐ 245 Tort Prod Liability | ☒ 440 Other Civil Rights | B ☐ 540 Mandamus&Other | | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality State Statute |
| ☐ 290 All Other Real Property | | B ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions A OR B |
| | | B ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Allegations of violations of federal civil rights, pursuant to 42 U.S.C. § 1983

LENGTH OF TRIAL: _3-4__ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23  **DEMAND** $    CHECK YES only if demanded in complaint  **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)  JUDGE:   DOCKET NUMBER:

DATE: **August 27, 2013**

SIGNATURE OF ATTORNEY OF RECORD
*/s/ Christopher J. Stearns*
Christopher J. Stearns, Esq. -- FBN 557870

**FOR OFFICE USE ONLY**
RECEIPT NO.: _____  AMOUNT _____  APPLYING IFP _____  JUDGE